UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD WAGNER,

        Plaintiff,                      Case No. 1:20–cv–675

v.                                    Hon. Hala Y. Jarbou

2D, INC.,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Early Settlement Conference |
| Date/Time: | August 3, 2021   10:00 AM<br>*(previously set for July 16, 2021)* |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | by video |

*Zoom connection link will remain the same (ECF No. 29).*

                                                SALLY J. BERENS
                                                U.S. Magistrate Judge

Dated:  July 15, 2021        By:   /s/ Julie Lenon
                                             Judicial Assistant