UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RICHARD WAGNER,

      Plaintiff,

                                    Case No. 1:20-cv-675

v.

                                    Hon. Hala Y. Jarbou

2D, INC.,

      Defendant.

_____/

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulated Notice of Dismissal (ECF No. 36),

**IT IS ORDERED** that the Notice of Dismissal (ECF No. 36) is **GRANTED**; this case is

**DISMISSED** with prejudice and without costs to either party.

Dated:   August 25, 2021               /s/ Hala Y. Jarbou
                                             HALA Y. JARBOU
                                           UNITED STATES DISTRICT JUDGE